T.C. Memo. 2008-295

UNITED STATES TAX COURT

STEVE A. HARRY, Petitioner <u>v</u>.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 28096-07L.           Filed December 23, 2008.

This opinion was withdrawn by order dated
July 31, 2009.